IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFREY L. MCGEE**                                                        **PLAINTIFF**

v.                                      No. 4:12-cv-692-DPM

**HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY**                                                **DEFENDANT**

### ORDER

Joint motion to dismiss, *Document No. 13*, granted. McGee's complaint against Hartford Life is dismissed with prejudice. The pending motion for an extension of time, *Document No. 12*, is denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2013