IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY L. MCGEE                                                        PLAINTIFF

v.                            No. 4:12-cv-692-DPM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                                    DEFENDANT

ORDER

Joint motion to dismiss, *Document No. 13*, granted. McGee's complaint against Hartford Life is dismissed with prejudice. The pending motion for an extension of time, *Document No. 12*, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2013