IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY L. MCGEE                                                                  PLAINTIFF

v.                              No. 4:12-cv-692-DPM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                                          DEFENDANT

JUDGMENT

McGee's complaint against Hartford Life is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 January 2013